# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 16, 2024

### NO. 03-24-00369-CV

**Texas Mutual Insurance Company, Appellant**

**v.**

**Camille Laird, Individually and on behalf of minors W. L. and B. L., and Baylee Alexis Laird, Individually, Appellees**

**APPEAL FROM THE 425TH JUDICIAL DISTRICT COURT OF WILLIAMSON COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND KELLY
DISMISSED ON APPELLEES' MOTION -- OPINION BY JUSTICE KELLY**

This is an appeal from the final judgment signed by the trial court on May 7, 2024. Appellees have filed a motion to dismiss the appeal, and having reviewed the record, the Court agrees that the appeal should be dismissed. Therefore, the Court grants the motion and dismisses the appeal. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.